# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00178-CV

**Justin Brent Turner, Appellant**

**v.**

**Diane Dallas Turner, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 07-687-FC1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Justin Brent Turner filed his pro se notice of appeal with the trial court clerk on November 15, 2007, and a copy was filed with this Court on March 19, 2008. That same day, this Court received notice from the district clerk's office of Williamson County that Turner had not paid or made arrangements to pay for the clerk's record. On April 14, 2008, this Court sent notice to Turner that if he did not submit a status report to this Court by April 29, 2008, this appeal would be dismissed for want of prosecution. To date, Turner has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   July 22, 2008